IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 14-cv-01389-MJW

PENNY HEWEY,

Plaintiff,

v.

AMERICAN FAMILY MUTUAL INSURANCE COMPANY,

Defendant.

## MINUTE ORDER

Entered by Magistrate Judge Michael J. Watanabe

    It is hereby ORDERED that the Amended Unopposed Motion to Reset Scheduling Conference (Docket No. 9) is GRANTED.  The Scheduling Conference set for July 10, 2014 at 10:30 a.m. is VACATED.  The Scheduling Conference is RESET for July 28, 2014 at 2:30 p.m.  All related deadlines are extended accordingly.

    It is FURTHER ORDERED that the Unopposed Motion to Reset Scheduling Conference (Docket No. 8) is DENIED AS MOOT.

    It is FURTHER ORDERED that the deadline to complete and file the Pilot Program Consent Form remains set for June 26, 2014.

Date: June 18, 2014