IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 14-cv-01389-RM-MJW

PENNY HEWEY,

Plaintiff,

v.

AMERICAN FAMILY MUTUAL INSURANCE COMPANY,

Defendant.

## MINUTE ORDER

Entered by Magistrate Judge Michael J. Watanabe

     It is hereby ORDERED that Plaintiff's Unopposed Motion to Amend the Scheduling Order (Docket No. 20) is GRANTED.  The Scheduling Order (Docket No. 16) is AMENDED such that the deadline to disclose affirmative experts is November 13, 2014, and the deadline to disclose rebuttal experts is December 15, 2014.

Date: October 30, 2014