IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 14-cv-01389-RM-MJW

PENNY HEWEY,

Plaintiff,

v.

AMERICAN FAMILY MUTUAL INSURANCE COMPANY,

Defendant.

## MINUTE ORDER

Entered by Magistrate Judge Michael J. Watanabe

It is hereby ORDERED that Defendant's Unopposed Motion to Amend the Scheduling Order to Extend the Deposition Cutoff Deadline (Docket No. 26) is GRANTED for good cause shown. The Scheduling Order (Docket No. 16) is AMENDED such that the deadline for conducting depositions is extended to February 3, 2015, for the limited purpose of deposing Roberta Greer.

Date: January 13, 2015