# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO
# Judge Raymond P. Moore

Civil Action No. 14-cv-01389-RM-MJW

Penny Hewey,

    Plaintiff,

v.

AMERICAN FAMILY MUTUAL INSURANCE COMPANY,

    Defendant.

---

## ORDER RE: STIPULATION FOR DISMISSAL WITH PREJUDICE
---

THIS MATTER, coming before the Court upon the Stipulation for Dismissal with Prejudice (ECF No. 30) executed by Plaintiff, Penny Hewey, and by Defendant, American Family Mutual Insurance Company, and the Court having reviewed the Stipulation and being fully advised;

IT IS HEREBY ORDERED that all claims which were brought and all claims arising out of the captioned matter which could have been brought by Plaintiff, Penny Hewey, against Defendant, American Family Mutual Insurance Company, are hereby dismissed WITH PREJUDICE, each party to pay their own costs and fees.

DATED this 29th day of April, 2015.

                                                BY THE COURT:

                                                _____
                                                RAYMOND P. MOORE
                                                United States District Judge